■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN WOODBURY, Appellant. [596 NYS2d 706] —Appeal by the defendant from a judgment of the County Court, Westchester County (Rosato, J.), rendered May 21, 1992, convicting him of criminal sale of a controlled substance in the third degree (six counts), criminal possession of a controlled substance in the third degree (six counts), and criminal possession of a controlled substance in the seventh degree (six counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Balletta, Rosenblatt and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY MATTHEWS, Appellant, v JOHN KEANE et al., Respondents. [596 NYS2d 706] —In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Westchester County (Cowhey, J.), entered March 30, 1990, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The Supreme Court properly dismissed the proceeding (see, CPLR 7003 [b]; People ex rel. Goss v Smith, 69 NY2d 727, 729; People ex rel. Jackson v Scully, 183 AD2d 799; People ex rel. Bentley v Scully, 177 AD2d 732, 733). Thompson, J. P., Sullivan, Miller and Santucci, JJ., concur.